UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILLIP ALBERTERNST, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:10CV642 JCH |
| | ) |
| CHRISTOPHER E. HUNT, et al., | ) |
| | ) |
| Defendant(s). | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendants' Motions to Dismiss Count V of Plaintiff's Complaint (Doc. Nos. 11, 16, 20) are **GRANTED**.

Dated this 15th day of June, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE