UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILLIP ALBERTERNST, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV642 JCH |
| ) | |
| CHRISTOPHER E. HUNT, et al., ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike (Doc. No. 92) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff is granted until **Monday, July 11, 2011**, within which to file his reply to Defendants' Response to Plaintiff's Motion for Summary Judgment on Counts I and VI of Plaintiff's Complaint (Doc. No. 71).

Dated this 30th day of June, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE