UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PHILLIP ALBERTERNST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV-642-JAR |
| | ) | |
| CHRISTOPHER E. HUNT, et al, | ) | |
| | ) | |
| Defendants. | ) | |

# JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Motion for Summary Judgment on Counts I and Count VI of Plaintiff's Complaint (ECF No. 59) is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Plaintiff's Motion to Strike and for Sanctions (ECF No. 111) is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Plaintiff's Motion to Exclude (ECF No. 112) is **GRANTED** as to that portion of Mr. Ijames's opinion concerning the reasonableness of defendant officers' conduct within the standards of a reasonable, prudent, and properly trained police officer.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Lake Saint Louis's Motion for Summary Judgment (ECF No. 114) is **GRANTED**, and Plaintiff's claims against Lake Saint Louis are dismissed.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Defendants Drug Task Force Officer Deputy Chris Hunt, Drug Task Force Officer Deputy William Rowe and St.

Charles County's Motion for Summary Judgment (ECF No. 119) is **GRANTED** in part and **DENIED** in part as follows:

Defendants Hunt and Rowe's Motion as to Counts I and VI is **DENIED**;

Defendant St. Charles County's Motion as to Counts II and VI is **GRANTED** and Plaintiff's claims against St. Charles County are dismissed.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE